IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEITH WOOD,

    Petitioner,

v.

MICHAEL WERNEROWICZ, et al,

    Petitioners.

CIVIL ACTION
NO. 15-4404

## ORDER

**AND NOW**, this 29th day of September, 2015, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Marilyn Heffley and Petitioner's "Motion in Opposition to Transfer Proceedings" (Docket No. 6), which I construe as objections to the Report and Recommendation, it is hereby **ORDERED** as follows:

    1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

    2. Respondents' Motion to Transfer (Docket No. 4) is **GRANTED** and the petition for writ of habeas corpus is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania.

    3. There is no basis for the issuance of a certificate of appealability.

    4. The Clerk of the Court shall mark this case closed for statistical purposes.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
**Jeffrey L. Schmehl, J.**